**Order filed May 5, 2022**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-21-00589-CV**
_____

**SYLVIA COOKE, Appellant**

**V.**

**RACHEL BAIER, Appellee**

**On Appeal from County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0087510**

## ORDER

Appellee's brief filed April 13, 2022, requests this court dismiss the appeal on the grounds it was not timely filed, and appellant's brief was not timely filed. The request is denied.

Appellant's notice of appeal was filed within 15 days of the date the notice of appeal was due. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,*

959 S.W.2d 615, 617 (Tex. 1997). While an extension may be implied, appellant is obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.). Appellant filed a motion to extend time to file the notice of appeal and the motion was granted. Accordingly, this court has jurisdiction over the appeal.

Appellant's brief was e-filed two minutes after midnight on the due date. We decline to dismiss the appeal on that basis.

Appellee may file an amended brief **within 30 days** of the date of this order addressing the issues raised in appellant's brief. If no amended brief is filed, the appeal will be set for submission on appellee's brief filed April 13, 2022.

PER CURIAM

Panel Consists of Justices Chief Justice Christopher and Justices Wise and Jewell.